# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID W. WIGGINS, III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 2:20-cv-01179-JHE |
| GOLF & TENNIS PRO SHOP INC., | ) ) ) |
| Defendant. | ) |

## ORDER DISMISSING CASE

A stipulation of dismissal, signed by all parties who have appeared, having been filed in this action, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is **DISMISSED WITH PREJUDICE**, costs to be taxed as paid.

DONE this 21st day of December, 2020.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE